June 25, 2004

Mr. Stacy R. Obenhaus
Gardere Wynne Sewell LLP
1601 Elm Street, 3000 Thanksgiving Tower
Dallas, TX 75201
Ms. Lisa Marie Mount
Hodge & James, L.L.P.
P.O. Box 534329
Harlingen, TX 78553-4329

RE: Case Number: 03-0036
 Court of Appeals Number: 13-02-00076-CV
 Trial Court Number: C-995-00-A

Style: SNYDER COMMUNICATIONS, L.P.
 v.
 JOSEFINA MAGANA, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Pauline G. |
| |Gonzalez |
| |Ms. Cathy Wilborn |